# UNITED STATES DISTRICT COURT
## District of New Mexico

| | |
|---|---|
| UNITED STATES OF AMERICA<br>V.<br><br>**Jose Antonio Valdez** | **Judgment in a Criminal Case**<br>(For Revocation of Probation or Supervised Release)<br><br>(For Offenses Committed On or After November 1, 1987)<br><br>Case Number:  2:12CR00463-001JB<br>USM Number:  **70302-280**<br>Defense Attorney:  **Theresa Duncan, Appointed** |

THE DEFENDANT:

☒ admitted guilt to violations of condition(s) **Standard, Special** of the term of supervision.

☐ was found in violation of condition(s)   after denial of guilt.

The defendant is adjudicated guilty of these violations:

| *Violation Number* | *Nature of Violation* | *Violation Ended* |
|---|---|---|
| Standard Condition | The defendant failed to report to the probation officer in a manner and a frequency directed by the Court or probation officer. | 10/31/2014 |

The defendant is sentenced as provided in pages 1 through 3 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s)   and is discharged as to such violation(s).

IT IS FURTHER ORDERED that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

| | |
|---|---|
| **8817**<br>Last Four Digits of Defendant's Soc. Sec. No. | **December 8, 2014**<br>Date of Imposition of Judgment |
| **1991**<br>Defendant's Year of Birth | **/s/ James O. Browning**<br>Signature of Judge |
| **Albuquerque, NM**<br>City and State of Defendant's Residence | **Honorable James O. Browning**<br>**United States District Judge**<br>Name and Title of Judge |
| | **December 11, 2014**<br>Date Signed |

AO 245B (Rev 12/10) Sheet 1 – Judgment in a Criminal Case for Revocations Sheet 1A                                     Judgment - Page 2 of 3

Defendant: **Jose Antonio Valdez**
Case Number: **2:12CR00463-001JB**

## ADDITIONAL VIOLATIONS

| *Violation Number* | *Nature of Violation* | *Violation Ended* |
|---|---|---|
| Standard Condition | The defendant failed to submit to an evaluation for mental health counseling as directed by the probation officer, and if deemed necessary by the probation officer, the defendant failed to participate in a mental health program approved by the probation officer. | 10/29/2014 |
| Special Condition | The defendant failed to abstain from the use of alcohol and/or all other intoxicants during the term of supervision. | 10/22/2014 |

AO 245B (Rev 12/10) Judgment in a Criminal Case for Revocations  Judgment - Page 3 of 3
Sheet 2 - Imprisonment

Defendant: **Jose Antonio Valdez**
Case Number: **2:12CR00463-001JB**

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of **61 days**.

**Pursuant to section 5D1.1(c), the Court will not impose a term of supervised release.**

**For the reasons stated on the record at the hearing held December 8, 2014, the Court varies.**

☐ The court makes the following recommendations to the Bureau of Prisons:

☒ The defendant is remanded to the custody of the United States Marshal.
☐ The defendant shall surrender to the United States Marshal for this district:
   ☐ at   on
   ☐ as notified by the United States Marshal.
☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
   ☐ before 2 p.m. on
   ☐ as notified by the United States Marshal.
   ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to
_____ at _____ with a Certified copy of this Judgment.

_____
UNITED STATES MARSHALL

By _____
DEPUTY UNITED STATES MARSHALL